ACCEPTED
12-14-00034-cv
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/11/2015 5:38:44 PM
CATHY LUSK
CLERK

No. 12-14-00034-CV

In The Twelfth Court of Appeals

At Tyler

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/11/2015 5:38:44 PM
CATHY S. LUSK
Clerk

## JOHN ALLEN AND ANGELA ALLEN,

### Appellants

### v.

## ENBRIDGE PIPELINES (EAST TEXAS) L.P.,

### Appellee

## Appeal from the County Court at Law of Nacogdoches County, Texas

## APPELLEE'S MOTION FOR CONTINUANCE OF ORAL ARGUMENT

FLOWERS DAVIS, P.L.L.C.
1021 ESE South Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile
JULIE P. WRIGHT
State Bar No. 00794883
jpw@flowersdavis.com
PRESTON McGEE
State Bar No. 13620600
MORGAN M. ELLIOTT
State Bar No. 24065196
ATTORNEYS FOR APPELLEE

Comes now Enbridge Pipelines (East Texas) L.P., Appellee herein ("Appellee"), and files this, its Motion for Continuance of Oral Argument. In support thereof, Appellee would respectfully show the Court as follows:

1.      Appellants have advised that they do not oppose this request.

2.      Oral Argument in this case is currently scheduled for 8:30 a.m. on March 3, 2015.

3.      This is the first request for postponement of argument; no prior postponements have been requested.

4.      Appellee respectfully requests that the Court reschedule oral argument in this case, at the Court's convenience, after April 1, 2015, as the undersigned counsel is currently scheduled to attend mediation in Bastrop, Texas on March 4, 2015, in Cause No. 14-2224-A; Flowers Davis, P.L.L.C. v. Richard Jones; in the 7th Judicial District Court, Smith County, Texas, and will be required to travel on March 3, 2015, to Bastrop, Texas. In addition, the undersigned counsel will be taking the Defendant's deposition in the above-mentioned cause number on March 5, 2015, Bastrop, Texas.

6.      This rescheduling is sought so that the undersigned will be able to be well prepared for argument and therefore helpful to the Court. It is not sought merely for purposes of delay.

7.      The facts stated in this motion are either within the Court's knowledge in its official capacity or within the personal knowledge of the undersigned counsel, so no affidavit is required under Texas Rule of Appellate Procedure 10.2.

WHEREFORE, Appellee respectfully prays for the relief sought herein.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile


 /s/  Julie P. Wright
JULIE P. WRIGHT
State Bar No. 00794883
PRESTON McGEE
State Bar No. 13620600
THOMAS H. BUCHANAN
State Bar No. 03290500
MORGAN M. ELLIOTT
State Bar No. 24065196
ATTORNEYS FOR APPELLEE
ENBRIDGE PIPELINES (EAST TEXAS) L.P.

## Certificate of Conference

The undersigned counsel conferred with Appellants' counsel, Darrin Walker, by email on February 11, 2015, regarding this Motion for Continuance of Oral Argument. Mr. Walker advised that Appellants are not opposed to this motion.

/s/ Julie P. Wright
JULIE P. WRIGHT

## Certificate of Service

I hereby certify that the below-listed counsel of record was served with the foregoing document via electronic mailing and/or fax on February 11, 2015.

Mr. Karl C. Hoppess                    Via Facsimile:  713/651-1620
8200 Wednesbury, Suite 420
Houston, Texas 77074

Mr. Darrin Walker                      Via E-filing/Electronic Mail:
6134 Riverchase Glen Dr.               darrinwalker@suddenlink.net
Kingwood, Texas 77345

/s/ Julie P. Wright
JULIE P. WRIGHT